UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **CHRISTOPHER MORALES, MARY HELEN MORALES,** § § § *Plaintiffs* and *Counter Defendant* § § v. § § **SPECIALIZED LOAN SERVICING, LLC,** § § § *Defendant and Counter Plaintiff* § | 5:22-cv-00527-XR |

### ORDER RE-SETTING STATUS CONFERENCE

This case is re-set for a status conference and hearing on all pending motions, if any, on **Thursday, November 10, 2022** at **1 PM**. All other deadlines established in this Court's Amended Scheduling Order, ECF No. 19, remain the same. The Courtroom Deputy will inform the parties of the means by which the status conference will be conducted. The parties should be prepared to discuss all pending motions.

It is so **ORDERED**.

**SIGNED** November 1, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE