UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **CHRISTOPHER MORALES, MARY HELEN MORALES,** § § § | |
| *Plaintiffs,* § § | **Civil Action No. SA-22-CV-00527-XR** |
| v. § § | |
| **SPECIALIZED LOAN SERVICING, LLC,** § § § | |
| *Defendant.* | |

**ORDER SETTING STATUS CONFERENCE
AND HEARING ON ALL PENDING MOTIONS**

On this day the Court considered the status of this case. This case is set for a status conference and hearing on **Tuesday, November 22, 2022** at **10:30 AM** via Zoom. The Courtroom Deputy, Sylvia Fernandez, will provide the parties with the requisite links to participate. The parties should be prepared to discuss any outstanding disputes regarding the discovery order issued in court on November 10, 2022.

It is so **ORDERED**.

**SIGNED** November 16, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE