IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DIVISION

| | |
|---|---|
| CHRISTOPHER MORALES, MARY HELEN MORALES, §<br>*Plaintiffs* § § §<br>-vs- § §<br>SPECIALIZED LOAN SERVICING, LLC, §<br>*Defendant* § | SA-22-CV-00527-XR |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order granting Defendant's motion for summary judgment (ECF No. 28), the Court renders the following Final Judgment pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED** that Plaintiffs' claims are **DISMISSED**.

**SIGNED** this 15th day of May, 2023.

Xavier Rodriguez
United States District Judge